IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FATIMA JAMES,<br><br>Defendant. | Case No. 3:25-mj-106<br><br>18 U.S.C. § 1701<br>Obstruction of the Mail |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or about August 19, 2024, in the Eastern District of Virginia, the defendant, FATIMA JAMES, did knowingly and willfully obstruct and retard the passage of the mails by intentionally removing items of value from mail matter entrusted to her in her capacity as a United States Postal Service employee.

(In violation of 18 U.S.C. § 1701).

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

Date: _____12/9/2025_____   By: _____
Julie D. Podlesni
Assistant United States Attorney